UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

50-5050-CIV-Unassigned

MICKEY MOUSE,

Plaintiff,

v.

DONALD DUCK,

Defendant.

_____/

## **COMPLAINT**

COMES NOW Plaintiff, by and through undersigned counsel, and states:

1. This is an action arising under the Trademark Protection Act, 15 USC 78.

2. The Plaintiff is the owner of the trademark no. 0134148349208, (Walt Disney World patent).

3. The Defendant is a duck.

Respectfully submitted,

s/ Juan Abogado
Juan Abogado
Abogado & Abogado, LLC
1234 Candy Cane Lane
Miami, FL 33128
FBN 123456789