UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

50-5050-CIV-Unassigned

MICKEY MOUSE,

Plaintiff,

v.

DONALD DUCK,

Defendant.

_____/

## SUMMONS

A lawsuit has been filed against you.

Within 20 days after service of this sumnmons on you, you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

Issued by:

s/ Goofy
Deputy Clerk
United States District Court
400 N. Miami Avenue
Miami, FL 33128