SUMMONS RETURNED EXECUTED!