UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

50-5050-CIV-Unassigned

MICKEY MOUSE,

Plaintiff,

v.

DONALD DUCK,

Defendant.

_____/

**ANSWER TO COMPLAINT**

    COMES NOW Defendant, by and through undersigned counsel, and answers the Complaint as follows:

1.    Admitted.

2.    Denied.

3.    Admitted.

    Respectfully Submitted,

s/ Paw Print
Pluto the Dog, Esq.
1212 Boogey Boogey Avenue
Ft. Lauderdale, FL 33031