Memorandum in Support